UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 22-MJ-042 |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(o) |
| DANIEL JAHLEEL THOMAS, | : | (Illegal Possession and Transfer of a |
| also known as "dandue," | : | Machinegun) |
| | : | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D) |
| Defendant. | : | (Unlawful Distribution and Possession |
| | : | with Intent to Distribute a Mixture and |
| | : | Substance Containing a Detectable |
| | : | Amount of Marijuana) |
| | : | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) |
| | : | (Unlawful Distribution and Possession |
| | : | with Intent to Distribute a Mixture and |
| | : | Substance Containing a Detectable |
| | : | Amount of Oxycodone) |
| | : | 18 U.S.C. § 924(c)(1)(B)(ii) |
| | : | (Using, Carrying, and Possessing a |
| | : | Machinegun During and in Relation to, |
| | : | and in Furtherance of, a Drug Trafficking |
| | : | Offense) |

FORFEITURE: 18 U.S.C. § 924(d),
21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about February 25, 2022, in the District of Columbia, **DANIEL JAHLEEL THOMAS**, also known as "dandue," did knowingly possess that is, a device (bearing no manufacturer's marks of identification, or serial number as required) designed and intended to

convert a semiautomatic, Glock-style handgun into a machinegun capable of fully automatic fire, without manual reloading, by a single function of the trigger.

**(Unlawful Possession of a Machinegun,** in violation of Title 18, United States Code, Section 922(o)(1)).

### COUNT TWO

On or about February 25, 2022, in the District of Columbia, **DANIEL JAHLEEL THOMAS**, also known as "dandue," knowingly and intentionally distributed and possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**(Distribution and Possession With Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(D)).

### COUNT THREE

On or about February 25, 2022, in the District of Columbia, **DANIEL JAHLEEL THOMAS**, also known as "dandue," knowingly and intentionally distributed and possessed with intent to distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II controlled substance.

**(Distribution and Possession With Intent to Distribute Oxycodone**, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(C)).

### COUNT FOUR

On or about February 25, 2022, in the District of Columbia **DANIEL JAHLEEL THOMAS**, also known as "dandue," did knowingly carry and use a machinegun, that is, a device (bearing no manufacturer's marks of identification, or serial number as required) designed and intended to convert a semiautomatic, Glock-style handgun into a machinegun capable of fully automatic fire, without manual reloading, by a single function of the trigger, during and in relation to, and did knowingly possess said machinegun in furtherance of, a drug trafficking crime for

which he may be prosecuted in a court of the United States, that is, Distribution and Possession With Intent to Distribute Marijuana as charged in Count Two or Distribution and Possession With Intent to Distribute Oxycodone, as charged in Count Three.

**(Using, Carrying, and Possessing a Machinegun During and in Relation to, and in Furtherance of, a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(B)(ii)).

## FORFEITURE ALLEGATION

1. Upon conviction of either of the offenses alleged in Count Two of this indictment, **DANIEL JAHLEEL THOMAS**, also known as "dandue," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

2. Upon conviction of either of the offenses alleged in Count One or Three of this Indictment, **DANIEL JAHLEEL THOMAS**, also known as "dandue," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to:

   (a) Glock, Model 19, 9mm semi-automatic handgun seized on February 25, 2022.
   (b) Fifteen (15) rounds of 9mm semi-automatic handgun seized on February 25, 2022.

(c) Unserialized device capable of converting a semi-automatic handgun to be capable of fully automatic fire, without manual reloading, by a single function of the trigger, seized on February 25, 2022.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Groves /GPR*
Attorney of the United States in
and for the District of Columbia.

4