IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Case No. 22-cr-258-BAH |
| DANIEL JAHLEEL THOMAS | * |
| | * |
| Defendant. | * |

### UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

The Defendant, Daniel Jahleel Thomas, by and through counsel, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Continue Status Conference. In support of this Motion, counsel state as follows.

1. On August 14, 2023, Mr. Thomas filed a Motion to Withdraw Plea of Guilty. (ECF No. 67.) The Government has responded in opposition (ECF No. 70), and Mr. Thomas has filed a reply (ECF No. 74). The Court scheduled a status conference for October 27, 2023 at 9:30 a.m.

2. At this time, the undersigned counsel respectfully request that this Court continue the October 27, 2023 status conference.

3. Yesterday afternoon, lead counsel for Mr. Thomas, Michael E. Lawlor, learned of a death in his family. Mr. Lawlor will be traveling out of state this week to attend funeral services.

4. This Motion is unopposed. The undersigned counsel have contacted AUSA James Nelson, who has advised that the Government does not oppose a continuance of the October 27, 2023 status conference.

5. Given counsel's trial calendar, the undersigned counsel respectfully request that the Court's courtroom deputy clerk clear a new date with the parties.

6. Wherefore, Mr. Thomas respectfully requests that this Court continue the status conference in this matter to a date and time convenient for the Court and the parties.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2023, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor

2